DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC 2'09AM10:10 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Galindo, Jesus D

Case No. 07-00947-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $28.64, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Galindo, Jesus D | 2210 Willow St<br>Yakima, WA<br>98902 | $28.64 |

Dated: November 25, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487356    12-2-09    $28.64